BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK MCCLARY**<br>xxx-xx-8315<br><br>        **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>        **Defendant.** | Case No.  CIV-11-1226 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from December 16, 2011, to January 20, 2011.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | Dated: December 15, 2011 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: December 15, 2011        Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Daniel P. Talbert
DANIEL P. TALBERT

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**
No further extensions.

APPROVED AND SO ORDERED.

DATED: December 22, 2011

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2