1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11

12 **MARK MCCLARY**            )   Case No.  CIV-11-1226 GGH
   **xxx-xx-8315**             )
13                             )
                               )
14                             )   **STIPULATION AND**
                               )   **ORDER EXTENDING PLAINTIFF'S**
15      **Plaintiff,**         )   **TIME TO FILE SUMMARY**
                               )   **JUDGEMENT MOTION**
16 **v.**                      )
                               )
17 **MICHAEL J. ASTRUE**       )
   **Commissioner of Social Security** )
18 **of the United States of America,** )
                               )
19      **Defendant.**         )
                               )
20 _____)

21

22      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

23 Plaintiff's time to file his summary judgment is hereby extended from December 16, 2011, to January

24 20, 2011.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

25 / / / /

26 / / / /

27 / / / /

28

                                            1

| | | |
|---|---|---|
| 1 | Dated: December 15, 2011 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: December 15, 2011                Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Daniel P. Talbert*
DANIEL P. TALBERT

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**
No further extensions.

APPROVED AND SO ORDERED.

DATED: December 22, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2